No. 666. HAITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *W. A. Hall, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 668. GARRISON ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *George C. Dyer* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 594. UNITED STATES v. REPUBLIC OF FRANCE ET AL.; and
No. 595. TEXAS CITY TERMINAL RAILWAY CO. v. REPUBLIC OF FRANCE ET AL. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for the United States, petitioner in No. 594. *Preston Shirley* for petitioner in No. 595. *Edwin Longcope* for respondents. Reported below: 290 F. 2d 395.

No. 531, Misc. POINDEXTER v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 540, Misc. TSIMPIDES ET AL. v. GILES, CIRCUIT COURT JUDGE. Supreme Court of Alabama. Certiorari denied. *George D. Finley* for petitioners. *Reid B. Barnes* for respondent.

No. 574, Misc. BANKS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.